

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00290-CR

Frank Anthony **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3014
Honorable Steve Hilbig, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

Delivered and Filed: June 5, 2019

DISMISSED

  Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

            PER CURIAM

DO NOT PUBLISH